UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| PRR 200, LLC | : | Case No. 23-13025 (PMM) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER CONFIRMING PLAN

AND NOW, upon consideration of the **Third Amended Plan of Reorganization,** dated June 13, 2024 (the "Plan"), filed by the Debtor (*Dkt. No. 74*);

AND, the court having determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. § 1129(b) have been satisfied;

It is therefore **ORDERED** that the Plan is **CONFIRMED.**

To the extent required by Local Rule 3021-1, the Debtor shall file post-confirmation distribution reports.

The Plan provides for the sale of the Debtor's real estate at 200 West Lancaster Avenue, Reading, Pennsylvania 19607. Accordingly, any sale of the foregoing real estate pursuant to the Plan shall be exempt under 11 U.S.C. § 1146(a) from any and all applicable transfer tax.

**Dated:   August 5, 2024**

*Patricia M. Mayer*

**The Honorable Patricia M. Mayer**
**United States Bankruptcy Judge**